

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5474

V.

KYW News radio 1060,
Defendant

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves under 42 USC 1983. I seek $30 million dollars for misinformation. I Lived in Pennsylvania in 2002. In april, news radio said the forecast was sunny and warm, it ended up with 7 inches of snow and 31°, I got Frost bite. In may 2002, they reported stocks were up in trading, I bought KYW stock and it tanked with Enron. In Aug 2002 I was on Rt. 202 on my way to King of prussia, the traffic report said the road was clear, I got backed up 10 miles, and missed department store sales. Defendant uses Advertisers that do business with Iran, ie. chevron, cocacola, godaddy.com, this is a violation of federal law. I witnessed KYW trucks speeding on I-95, violation of laws and civil rights. KYW reporters do "HP pretexting" to get peoples unlisted numbers for stories. Im offended I can't get fair and balanced news. Defendant has a duty to provide accurate information, their deliberate indifference cost me mental pain and suffering.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg  843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted

Jonathan Lee Riches©